**UNITED STATES DISTRICT COURT W. D. OF WASHINGTON AT TACOMA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br>      v.<br><br>LEOPOLDO PANIAGUA-CAMACHO,<br><br>                              Defendant. | Case No. MJ11-5205<br><br>**DETENTION ORDER** |

      THE COURT, having conducted a detention hearing pursuant to 18 U.S.C. §3142, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of the defendant as required and/or the safety of any other person and the community.

      This finding is based on 1) the nature and circumstances of the offense(s) charged, including whether the offense is a crime of violence or involves a narcotic drug; 2) the weight of the evidence against the person; 3) the history and characteristics of the person including those set forth in 18 U.S.C. § 3142(g)(3)(A)(B); and 4) the nature and seriousness of the danger release would impose to any person or the community.

*Findings of Fact/ Statement of Reasons for Detention*

**Presumptive Reasons/Unrebutted:**
    ( )    **Conviction of a Federal offense involving a crime of violence. 18 U.S.C.§3142(f)(A)**
    ( )    **Potential maximum sentence of life imprisonment or death. 18 U.S.C.§3142(f)(B)**

**Safety Reasons:**
    ( )    **Defendant is currently on probation/supervision resulting from a prior offense.**
    ( )    **Defendant was on bond on other charges at time of alleged occurrences herein.**
    ( )    **Defendant's prior criminal history.**

**Flight Risk/Appearance Reasons:**
    ( )    **Defendant's lack of sufficient ties to the community.**
    ( )    **Bureau of Immigration and Customs Enforcement detainer.**
    ( )    **Detainer(s)/Warrant(s) from other jurisdictions.**
    ( )    **Failures to appear for past court proceedings.**

**Other:**
    (√)    **Defendant stipulated to detention without prejudice and for reasons contained in the Government's Motion for Detention.**

*Order of Detention*

▸   **The defendant shall be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.**
▸   **The defendant shall be afforded reasonable opportunity for private consultation with counsel.**
▸   **The defendant shall on order of a court of the United States or on request of an attorney for the Government, be delivered to a United States marshal for the purpose of an appearance in connection with a court proceeding. THIS ORDER IS ENTERED WITHOUT PREJUDICE TO REVIEW.**

                                                **October 6, 2011.**

                                                _____
                                                J. Richard Creatura, United States Magistrate Judge